■ THOMAS MULLIGAN, Respondent, v HARRY A. RAUSCH, JR., et al., Appellants, and AGOSTINO CERVONE, M.D., et al., Respondents. [932 NYS2d 360]—

The Supreme Court properly determined there were triable issues of fact requiring the denial of the appellants' motion for summary judgment dismissing the complaint and all cross claims insofar as asserted against them. Rivera, J.P., Eng, Belen and Austin, JJ., concur.